Case 2:13-cv-07572-MAN   Document 19   Filed 03/17/15   Page 1 of 1   Page ID #:957

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE DIAZ, | NO. CV 13-7572-MAN |
| Plaintiff, | |
| v. | JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATED: March 17, 2015

*Margaret A. Nagle*
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE